# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-581 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| THOMAS CALLANDRET, | ) | |
| Defendant. | ) | |

Offense charged: Possession of Crack Cocaine with Intent to Distribute

Date of Detention Hearing: December 23, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both

dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. The AUSA proffers information that the defendant either associates with known gang members or is himself associated with a gang, and that the defendant is a person of interest in recent retaliatory gang-related shootings in South Seattle. He has been stopped by law enforcement with firearms in his vehicle. He told pretrial services that he has no tattoos but information in the Pretrial Services report indicates to the contrary. There is some discrepant information about his current residence.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

01         counsel for the defendant, to the United States Marshal, and to the United States

02         Pretrial Services Officer.

03    DATED this 23rd day of December, 2008.

                                        _____
                                        Mary Alice Theiler
                                        United States Magistrate Judge

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                                 Rev. 1/91
PAGE 3